

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-19-00762-CV

**IN THE INTEREST OF A.W.K.**, a Child

From the 454th Judicial District Court, Medina County, Texas
Trial Court No. 19-06-25902-CV
Honorable Kelley Kimble, Judge Presiding

PER CURIAM

Sitting: Sandee Bryan Marion, Chief Justice
    Beth Watkins, Justice
    Liza A. Rodriguez, Justice

Delivered and Filed: March 25, 2020

MOTION TO DISMISS GRANTED; APPEAL DISMISSED

On October 25, 2020, appellant Kelly Ann-Marie Lyon filed a pro se notice of appeal. On March 12, 2020, appellant's counsel filed a notice of appearance and motion asking this court to dismiss the appeal. We grant the motion and order all costs assessed against appellant. *See* TEX. R. APP. P. 42.1(a)(1). (absent agreement of parties, costs are taxed against appellant).

PER CURIAM